**No. 44972.**—Protests 28902–K, etc., of S. Lisk & Bro. et al. (New York).

Opinion by OLIVER, P. J. It was stipulated that the balloons in question are the same as those the subject of Abstract 40493. The claim at 45 percent under paragraph 409 as articles in part of bamboo was therefore sustained.

**No. 44973.**—Protests 957085–G, etc., of F. W. Woolworth Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the daggers in question are in chief value of rubber similar to those the subject of Abstract 25607. The claim at 25 percent under paragraph 1537 (b) was therefore sustained.

**No. 44974.**—Protest 31766–K of New York Merchandise Co., Inc. (New York).

Opinion by OLIVER, P. J. It was stipulated that the daggers in question are in chief value of rubber similar to those the subject of Abstract 25607. The claim at 25 percent under paragraph 1537 (b) was therefore sustained.

**No. 44975.**—Protest 29242–K of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J. It was stipulated that the merchandise consists of pipe kazoos in chief value of metal. The claim at 45 percent under paragraph 397 was sustained on the authority of Abstract 44122.

**No. 44976.**—Protest 29184–K of Carl Zeiss, Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel a "Nordenson Camera" similar to that the subject of *United States* v. *Zeiss* (27 C. C. P. A. 12, C. A. D. 54) was held dutiable at 20 percent under paragraph 1551 as claimed.

**No. 44977.**—Protests 10964–K, etc., of E. Leitz, Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel and on the authority of Abstract 7038, *United States* v. *Leitz* (24 C. C. P. A. 139, T. D. 48622) and *United States* v. *Zeiss* (id. 145, T. D. 48624) the merchandise in question was held dutiable as photographic cameras and parts thereof at 20 percent under paragraph 1551 as claimed.